IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR153 |
| v. | ) | |
| CECILIO RODRIGUEZ-MARTINEZ, | ) | ORDER |
| Defendant. | ) | |

Upon review of the court file,

**IT IS ORDERED:**

1. Defendant's "MOTION TO WITHDRAW DOCUMENT 26" (#28) is granted.

2. Defendant's Motion to Consolidate (#26) is deemed withdrawn.

**DATED July 25, 2005.**

> **BY THE COURT:**
>
> s/ F.A. Gossett
> **United States Magistrate Judge**