## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:05CR153 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| **CECILIO RODRIGUEZ-MARTINEZ,** | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Numbers 40 and 41 be stricken from the record for the following reason:

- Duplicate documents of numbers 36 and 37.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Numbers 40 and 41 from the record.

DATED this 4th day of October, 2005.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge